IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

AUG 2 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR69 |
| | ) | |
| vs. | ) | |
| | ) | |
| 1) HENDERSON AMUSEMENT, INC. | ) | **ORDER TO SEAL** |
| 2) JAMES OTIS HENDERSON, | ) | |
|    aka Jamie Henderson | ) | |
| 3) BARRON SLOAN HENDERSON, | ) | |
|    aka Barry Henderson | ) | |
| 4) JERRY PENNINGTON, | ) | |
|    aka JP | ) | |
| 5) JEFFREY LEE CHILDERS, | ) | |
| 6) HAROLD STEVE HARTNESS, | ) | |
| 7) WILLIAM W. BROWN, | ) | |
|    aka Hack Brown | ) | |
| 8) KATHY STEPHEN, | ) | |
| 9) MARTY MARVIN BABB, | ) | |
| 10) MICHAEL RAY ELLIOTT, | ) | |
| 11) RANDALL W. GILES, | ) | |
| 12) ROGER BEDENBAUGH, | ) | |
| 13) IMRAN ALAM, | ) | |
| 14) DENNIS CLARY, | ) | |
|    aka Hooper Clary | ) | |
| 15) TIMOTHY SHANNON BUFF, | ) | |
| 16) GUY KENNETH PENLAND, | ) | |
| 17) RONNIE EUGENE DAVIS, | ) | |
|    aka Butch Davis | ) | |
| 18) DEXTER WAYNE WINFIELD, JR., | ) | |
| 19) BILLY RAY BUCHANAN, | ) | |
| 20) TERRI HOLTSCLAW, | ) | |
| 21) ROBERT MERRYMAN, | ) | |
| 22) PAMELA BUESSER, | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill

of Indictment be sealed until the defendants have been arrested.

This the 2nd day of August, 2007.

*Dennis C. Howell*
DENNIS HOWELL
UNITED STATES MAGISTRATE JUDGE