UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED IN COURT
ASHEVILLE, N.C.
AUG 3 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:07CR69 |
| v. | ) | |
| | ) | **ORDER TO UNSEAL** |
| 1) HENDERSON AMUSEMENT, INC. | ) | |
| 2) JAMES OTIS HENDERSON, | ) | |
| aka Jamie Henderson | ) | |
| 3) BARRON SLOAN HENDERSON, | ) | |
| aka Barry Henderson | ) | |
| 4) JERRY PENNINGTON, | ) | |
| aka JP | ) | |
| 5) JEFFREY LEE CHILDERS, | ) | |
| 6) HAROLD STEVE HARTNESS, | ) | |
| 7) WILLIAM W. BROWN, | ) | |
| aka Hack Brown | ) | |
| 8) KATHY STEPHEN, | ) | |
| 9) MARTY MARVIN BABB, | ) | |
| 10) MICHAEL RAY ELLIOTT, | ) | |
| 11) RANDALL W. GILES, | ) | |
| 13) IMRAN ALAM, | ) | |
| 16) GUY KENNETH PENLAND, | ) | |
| 17) RONNIE EUGENE DAVIS, | ) | |
| aka Butch Davis | ) | |
| 18) DEXTER WAYNE WINFIELD, JR., | ) | |

THIS MATTER is before the Court on motion of the Government to unseal only the above referenced defendants in the captioned criminal matter.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the defendants referenced above are hereby UNSEALED.

This the 3rd day of August, 2007.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE