UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED**
ASHEVILLE, N.C.

AUG 3 0 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:07CR69 |
| v. ) | |
| ) | **ORDER TO UNSEAL** |
| 1) HENDERSON AMUSEMENT, INC. ) | |
| 2) JAMES OTIS HENDERSON, ) | |
|    aka Jamie Henderson ) | |
| 3) BARRON SLOAN HENDERSON, ) | |
|    aka Barry Henderson ) | |
| 4) JERRY PENNINGTON, ) | |
|    aka JP ) | |
| 5) JEFFREY LEE CHILDERS, ) | |
| 6) HAROLD STEVE HARTNESS, ) | |
| 7) WILLIAM W. BROWN, ) | |
|    aka Hack Brown ) | |
| 8) KATHY STEPHEN, ) | |
| 9) MARTY MARVIN BABB, ) | |
| 10) MICHAEL RAY ELLIOTT, ) | |
| 11) RANDALL W. GILES, ) | |
| 12) ROGER BEDENBAUGH, ) | |
| 13) IMRAN ALAM, ) | |
| 14) DENNIS CLARY, ) | |
|    aka Hooper Clary ) | |
| 15) TIMOTHY SHANNON BUFF, ) | |
| 16) GUY KENNETH PENLAND, ) | |
| 17) RONNIE EUGENE DAVIS, ) | |
|    aka Butch Davis ) | |
| 18) DEXTER WAYNE WINFIELD, JR., ) | |
| 19) BILLY RAY BUCHANAN, ) | |
| 20) TERRI HOLTSCLAW, ) | |
| 21) ROBERT MERRYMAN, ) | |
| 22) PAMELA BUESSER, ) | |

THIS MATTER is before the Court on motion of the Government to unseal the entire file

in the captioned criminal matter

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire

file in this criminal action is hereby UNSEALED.

This the 30th day of August, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE