IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:07cr69-07 |
| | ) | |
| WILLIAM W. BROWN | ) | |

## ORDER

The matter came before the Court for a status hearing.

For the reasons stated from the Bench,

It is hereby **ORDERED** that defendant, by counsel, must file any motion to suppress by 5:00 p.m., Monday, September 24, 2007, with a response from the government to be filed by 5:00 p.m., Friday, October 5, 2007.

Unless otherwise ordered, defendant's motion to suppress will be decided on the papers, without oral argument.

The Clerk is directed to send a copy of this Order to all counsel of record.

September 11, 2007
Alexandria, VA

T. S. Ellis, III
United States District Judge

FILED
ASHEVILLE, N.C.
SEP 12 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.