IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case Number 1:07cr69-07

**FILED**
ASHEVILLE, N.C.

MAR 21 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM W. BROWN | ) | |
| | ) | |

This matter is before the Court on defendant William W. Brown's Motion to Delay Reporting Date to Bureau of Prisons, filed March 21, 2008. The government has consented to this motion.

Therefore, for good cause shown, It is hereby ORDERED that the motion is granted and defendant William W. Brown's reporting date to the Bureau of Prisons is delayed pending the resolution of the government's forecasted motion for a reduction in defendant's sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

The Clerk is directed to send a copy of this Order immediately to the United States Marshals service, the Bureau of Prisons, the United States Probation Office and all counsel of record.

/s/  3/21/08

T. S. Ellis, III
United States District Judge

T.S. Ellis, III
United States District Judge